# IN THE SUPREME COURT OF THE STATE OF NEVADA

PETER JASON HELFRICH,
Petitioner,
vs.
THE STATE OF NEVADA,
Respondent.

No. 70521

**FILED**

SEP 16 2016

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
CHIEF DEPUTY CLERK

## ORDER DENYING PETITION
## FOR WRIT OF MANDAMUS OR PROHIBITION

This is an original pro se petition for a writ of mandamus or prohibition arising from a proceeding to terminate petitioner's parental rights.

Petitioner argues that respondent is attempting to defraud the district court by filing a petition to terminate his parental rights even though the related juvenile dependency proceeding has not been finally resolved. Having considered the petition, we conclude that petitioner has not demonstrated that our intervention by extraordinary writ relief is warranted. *See* NRS 128.020 (setting forth the district court's jurisdiction in proceedings to terminate parental rights); *In re Parental Rights as to A.G.*, 129 Nev. 125, 131-33, 295 P.3d 589, 593-94 (2013) (describing the relationship between juvenile dependency proceedings and actions to terminate parental rights); *Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 228, 88 P.3d 840, 844 (2004) (stating that petitioner bears the burden of demonstrating that extraordinary relief is warranted). Moreover, petitioner can appeal if his parental rights are terminated. *See* NRAP 3A(b)(1) (allowing an appeal from a final judgment); *Pan*, 120 Nev. at 224, 88 P.3d at 841 (providing that an appeal is generally considered an

16-28883

adequate legal remedy precluding writ relief). Accordingly, we decline to intervene in this matter and we deny the petition. *See* NRAP 21(b)(1); *Smith v. Eighth Judicial Dist. Court*, 107 Nev. 674, 677, 818 P.2d 849, 851 (1991) (stating that a petition for extraordinary writ relief is purely discretionary with this court).

It is so ORDERED.

_____, C.J.
Parraguirre

_____, J.
Hardesty

_____, J.
Pickering

cc:    Peter Jason Helfrich
       Attorney General/Carson City
       Nye County Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A